# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OSORIO LINARES, | Case No. SACV 16-0835-AG (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| STATE OF CALIFORNIA, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 19, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE